UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



JULIETTE MARIA DIXON, #307127,

    Petitioner,

v.
                                  ACTION NO.
                                  2:07cv448

GENE M. JOHNSON, Director of the
Virginia Department of Corrections,

    Respondent.

### FINAL ORDER

This matter was initiated by petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition alleges violation of federal rights pertaining to petitioner's convictions on January 23, 2002, in the Circuit Court for the City of Richmond for second degree murder and malicious wounding, as a result of which she was sentenced to serve eight years in the Virginia penal system.

The matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for report and recommendation. Report of the Magistrate Judge was filed on July 7, 2008, recommending dismissal of the petition. By copy of the report, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge. On August 4, 2008, the Court received petitioner's objections to the Report and

Recommendation.

The Court, having reviewed the record and examined the objections filed by the petitioner to the United States Magistrate Judge's Report, and having made de novo findings with respect to the portions objected to, does hereby adopt and approve the findings and recommendations set forth in the Report of the United States Magistrate Judge filed July 7, 2008. Petitioner's Grounds (I) through (V) are hereby DENIED because they were never adjudicated by the Supreme Court of Virginia and petitioner has shown no cause for failing to fairly present the claims and no prejudice resulting therefrom which this Court must find before considering the merits of the claims. It is, therefore, ORDERED that the petition be DENIED and DISMISSED. Accordingly, Petitioner's motion for directed release [Doc. No. 22] is hereby DENIED. It is further ORDERED that judgment be entered in favor of the respondent.

Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," therefore, the Court declines to issue any certificate of appealability pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure. See Miller-El v. Cockrell, 123 S.Ct. 1029, 1039 (2003).

Petitioner is hereby notified that he may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this court, United States

2

Courthouse, 600 Granby Street, Norfolk, Virginia 23510, within 30 days from the date of entry of such judgment.

The Clerk shall mail a copy of this Final Order to petitioner and counsel of record for the respondent.

/s/
Rebecca Beach Smith
United States District Judge

UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
September 9, 2008

3